

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00341-CV

| | | |
|---|---|---|
| JERALD H. MILLER, Appellant | § | On Appeal from the 352nd District Court |
| | § | of Tarrant County (352-291003-17) |
| V. | § | December 13, 2018 |
| SHEREE LUCAS, Appellee | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and concludes that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
    Justice Lee Gabriel